# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Internet Media Interactive Corporation

                      Plaintiff,

v.                                                                      Case No.: 1:14−cv−07072
                                                                         Honorable John Robert Blakey

Sears, Roebuck and Co.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 20, 2015:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to Defendant's representation that a settlement has been reached and agreed telephonic motion to extend the date by which Defendant must answer or otherwise plead, Defendant's answer or other responsive pleading is now due 5/11/15. The 4/23/15 status hearing date is struck and reset to 5/12/15 at 9:45 a.m. in Courtroom 1725. The parties should be prepared to set case management dates at that time if the settlement has not been finalized. Mailed notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.